JOHN TERRY v. THE STATE.

No. 8994. Delivered December 3, 1924.

Rehearing denied January 16, 1925.

**Manufacturing Intoxicating Liquor.**

No statement of facts nor bills of exception appearing in the record, the cause is affirmed.

Appeal from the District Court of Wise County. Tried below before the Hon. F. O. McKensie, Judge.

Appeal from a conviction of manufacturing intoxicating liquor; penalty, one year in the penitentiary.

No brief filed for appellant.

*Tom Garrard,* State's Attorney, and *Grover C. Morris,* Assistant State's Attorney, for the State.

LATTIMORE, JUDGE.—Appellant was convicted in the district court of Wise county of manufacturing intoxicating liquor, upon his plea of guilty, and his punishment fixed at one year in the penitentiary.

The record is before us without any statement of facts or bills of exception. The indictment is in conformity with law as is the charge of the court upon a plea of guilty.

Finding no error in the record, the judgment will be affirmed.

*Affirmed.*